Texas Department of Criminal Justice
Institutional - Division

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 1 6 2015
Abel Acosta, Clerk
47,819-02

From: Offender Raymond E. Cam #676763
To: Clerk, Abel Acosta
Subject: Eric Ross #1722879, Tr. Ct. No. CR08-121A, WR-47,819-02

Dear Clerk,

I am writing you to inform you I received your notification of Eric Ross's writ of habeas corpus 11.07 on 7/8/2015. Which at this present time offender Eric Ross refuses to talk to me are speak to me proving TDCJ officials and the State of Texas are continuing their conspiracies and conspiracy schemes with their citizen co-conspirators who are joint participants with the state and its agencies to abuse me and violate my rights. See Lugar V. Edmondson Oil Co. Inc, 457 US 922, 941, 102 SCT, 2744, 73 Led 2d 482 482 (1982).

Be it known that I have all the documentation of all inmates who made a farce of cooperating, assisting, or accepting me back into the mainstream of American life which will only prove my equal protection of law claims against the state for styling me out for abuse and unfair treatment. See 42 USCA § 1985, 1986, 18 USCA § 924(c). For the willful misconduct of Eric Ross (and TDCJ official witness tampering) I Raymond E. Cam #676763, withdraw my representation in this case, and request that inmate Eric Ross's application for writ of habeas corpus 11.07 be denied without further notice, and the Board of Pardons & Paroles be notified of the misconduct to ban inmate Eric Ross any possible chances at parole priveleges until discharge of his 15 year sentence in May 2023.

Date: July 13, 2015

Sincerely,
Raymond Earl Cam #676763
Signature